No. 83–1321. CALIFORNIA ET AL. *v.* TENNECO OIL CO. ET AL.;
No. 83–1432. PUBLIC UTILITY COMMISSIONER OF OREGON ET AL. *v.* PHILLIPS PETROLEUM CO. ET AL.;
No. 83–1433. NORTHWEST PIPELINE CORP. ET AL. *v.* PHILLIPS PETROLEUM CO. ET AL.;
No. 83–1442. EL PASO NATURAL GAS CO. *v.* TENNECO OIL CO. ET AL.;
No. 83–1443. PACIFIC GAS & ELECTRIC CO. ET AL. *v.* TENNECO OIL CO. ET AL.; and
No. 83–1618. FEDERAL ENERGY REGULATORY COMMISSION *v.* TENNECO OIL CO. ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the

consideration or decision of these petitions. Reported below: 708 F. 2d 1011.